MRS. RACHEL VIRGINIA WILLIAMS, BY HER NEXT FRIEND, C. W. WILLIAMS, v. UNION COUNTY HOSPITAL ASSOCIATION, INC., D.B.A. ELLEN FITZGERALD HOSPITAL.

(Filed 25 March, 1953.)

APPEAL by plaintiff from *Nettles, J.,* at 18 February Term, 1952, of UNION.

Civil action to recover damages for personal injuries sustained by the plaintiff, a patient in the defendant's hospital, when she fell from a bed and injured her hip, due to the alleged negligence of the defendant's employees.

The case was here at the Fall Term, 1951, on plaintiff's appeal from judgment overruling her demurrer to the defendant's further defense. The decision affirming the judgment below is reported in 234 N.C. 536, 67 S.E. 2d 662.

The plaintiff alleged and offered evidence tending to show that she was a paying patient.

It was stipulated by the parties that "the defendant is an eleemosynary institution . . ."

At the close of the plaintiff's evidence, the defendant moved for judgment as of nonsuit. The motion was allowed, and from judgment based on such ruling the plaintiff appealed, assigning errors.

*Covington & Lobdell for plaintiff, appellant.*
*Jones & Small for defendant, appellee.*

JOHNSON, J. The judgment of nonsuit will be upheld on authority of what is said in the opinion filed simultaneously herewith in *Williams v. Randolph Hospital, Inc., ante,* 387, which is precisely decisive of the question raised by the instant appeal.

Affirmed.

PARKER, J., took no part in the consideration or decision of this case.

BARNHILL, J., dissents for the reasons stated in his dissenting opinion in *Williams v. Hospital, Inc., ante,* 387.